[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-13853
Non-Argument Calendar
_____

D.C. Docket No. 9:11-cr-80169-KLR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OMAR L. GARCIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 16, 2015)

Before TJOFLAT, WILSON and EDMONDSON, Circuit Judges.

PER CURIAM:

Thomas Butler, counsel for Omar Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit,[*] counsel's motion to withdraw is **GRANTED**, and Garcia's convictions and sentences are **AFFIRMED**.

---

[*] Given the state of the record, we cannot decide issues of ineffective assistance of counsel or of prosecutorial misconduct in this appeal.